```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/27/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------- x

RAMON JAQUEZ, Individually, and On Behalf of All Others Similarly Situated,

                        Plaintiff,

vs.

MEOW WOLF, INC.,

                        Defendant.

--------------------------------------------------- x

Case No.: 1:22cv2348

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Ramon Jaquez hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant Meow Wolf, Inc.

DATED:  July 26, 2022         **MIZRAHI KROUB LLP**

                                                 /s/ Edward Y. Kroub
                                             EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

---

IT IS HEREBY ORDERED that all previously scheduled conferences and other deadlines are CANCELLED.

IT IS FURTHER ORDERED that this case is DISMISSED without prejudice and without costs (including attorneys' fees) to either party.  The Clerk of Court is respectfully directed to terminate all open motions and to CLOSE the case.

SO ORDERED.

*[signature]*  Date: 7/27/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE